UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                          )
ANUPAM BANSAL,                            )   No. C06-1716RSL
                                          )
              Plaintiff,                  )   ORDER RENOTING ORDER
     v.                                   )   TO SHOW CAUSE
                                          )
MICHAEL CHERTOFF, *et al.*,               )
                                          )
              Defendants.                 )
_____)

On December 10, 2007, the Court ordered plaintiff to show cause why this case should not be dismissed as moot because his impending divorce will render him ineligible for the relief he seeks, which is to adjust his status as the spouse of a third preference worker. In response, plaintiff has filed a declaration stating that the entry of his divorce decree has been stayed until January 25, 2008. Accordingly, the Clerk of the Court is directed to renote the order to show cause on the Court's calendar for January 28, 2008. Plaintiff is ordered to show cause by that date why this case should not be dismissed as moot.

DATED this 28th day of December, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER RENOTING
ORDER TO SHOW CAUSE